# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES T. DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>CHIEF JUSTICE RONALD GEORGE,<br><br>    Defendant.<br>_____/ | CASE NO. 1:10-cv-00210-OWW-GSA PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED UNDER SECTION 1983<br><br>(Doc. 1) |

    Plaintiff Charles T. Davis, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 9, 2010. Plaintiff sent an informal request to California Supreme Court Chief Justice Ronald George requesting removal from California's vexatious litigant list and asserting that Plaintiff was not provided with a hearing, in violation of his right to due process. Cal. Civ. Proc. §§ 391-391.7 (West 2010). Plaintiff seeks to impose liability Chief Justice George for failing to remove Plaintiff from the list in response to Plaintiff's request.

    Plaintiff's section 1983 claim fails as a matter of law. Chief Justice George's failure to accede to Plaintiff's written demand for removal from the vexatious litigant list provides no basis for the imposition of liability. Chief Justice George is entitled to absolute judicial immunity from suit, <u>Miller v. Davis</u>, 521 F.3d 1142, 1145 (9th Cir. 2008); <u>In re Complaint of Judicial Misconduct</u>, 366 F.3d 963, 965 (9th Cir. 2004), and this action is HEREBY ORDERED DISMISSED, with prejudice, for failure to state a claim upon which relief may be granted under section 1983. 28

///

U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2)(B)(ii). The Clerk of the Court shall enter judgment against Plaintiff.

IT IS SO ORDERED.

**Dated:   February 17, 2010**                              /s/ Oliver W. Wanger
                                                            UNITED STATES DISTRICT JUDGE