UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES T. DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHIEF JUSTICE RONALD GEORGE,<br><br>　　　　　Defendant. | 1:10-CV-210 OWW GSA PC<br><br>ORDER DIRECTING CLERK OF THE COURT TO REDESIGNATE CASE AS A REGULAR CIVIL ACTION |

Plaintiff, Charles T. Davis, a state prisoner, appearing pro se and proceeding in forma pauperis, filed the instant complaint on February 9, 2010.  Plaintiff files this civil rights action pursuant to 42 U.S.C. §1983.  Although Plaintiff is a prisoner, the case does not relate to conditions of his confinement at a California State prison.  Instead, Plaintiff's complaint makes allegations of misconduct against the former Chief Justice of the California Supreme Court, Ronald George.  Specifically, Plaintiff contends that former Chief Justice George's failure to remove Plaintiff from California's vexatious litigant list violates Plaintiff's constitutional rights.  As such, it has been determined that his case should proceed as a regular civil action.  Accordingly, the Clerk of the Court is directed to redesignate this case to a regular civil action.  The new case number for this action, which must be used on all future documents filed with the Court is:

**1:10-CV-210 OWW GSA**

All future pleadings shall be so numbered.  Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

　　　　　IT IS SO ORDERED.

　　　**Dated:   March 8, 2011**　　　　　　　　　**/s/ Gary S. Austin**

1     UNITED STATES MAGISTRATE JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28